THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. CR06-0229RSM |
| v. | ) ORDER OF CONTINUANCE |
| BRIAN RUSSELL FOY, | ) |
| Defendant. | ) |

The Court having reviewed the stipulated motion by the United States and defendant BRIAN RUSSELL FOY to continue the trial date, and having reviewed the records and files herein, makes the following findings and enters the following order:

The Court finds that pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161(h)(8)(B)(i), (ii) and (iv), the ends of justice served by continuing the trial date from September 11, 2006, to November 6, 2006, outweigh the best interests of the public and Defendant in a speedy trial. This matter is complex due to the nature of the offense involved as well as potential mental health defenses and it is therefore unreasonable to expect defense counsel to adequately prepare for trial before September 11, 2006. Additionally, failure to grant the requested continuance would deny Defendant the time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.

Order to Continue Trial Date/
FOY/ CR06-0229RSM — 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

IT IS HEREBY ORDERED that trial in this matter is continued from September 11, 2006, to November 6, 2006, at 9:30 a.m. Defendant shall file a waiver of speedy trial no later than September 11, 2006.

IT IS FURTHER ORDERED that, for purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3164, the period of delay from September 11, 2006, up to and including November 6, 2006, is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED this 6 day of September, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s Jill Otake
JILL OTAKE
Assistant United States Attorney
WA Bar # 28298
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-4254
Fax: (206) 553-0755
E-mail: jill.otake@usdoj.gov

Order to Continue Trial Date/
FOY/ CR06-0229RSM — 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970