JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-229 RSM |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING STIPULATED |
| vs. ) | MOTION TO CONTINUE TRIAL |
| ) | DATE AND PRETRIAL MOTIONS |
| BRIAN R. FOY, JR., ) | DEADLINE |
| ) | |
| Defendant. ) | |
| ) | |

THE COURT, having considered the stipulated motion, the records and files herein, hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation, and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL AND PTM - 1
(Brian R. Foy, Jr.; CR06-229 RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1  IT IS THEREFORE ORDERED that the trial date in this matter is continued to

2  January 8, 2007, and the deadline in which to file pretrial motions is continued to

3  December 6, 2006.

4  IT IS FURTHER ORDERED that the period of time from the current trial date of

5  November 6, 2006, up to and including the new trial date of January 8, 2007, shall be

6  excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

7  DONE  this  31  day of October 2006.

RICARDO S. MARTINEZ
UNITED   STATES   DISTRICT   JUDGE

Presented by:

s/ Paula Semmes Deutsch
Attorney for Brian Foy

s/ Jill Otake
Assistant United States Attorney
*Per telephonic authorization*

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL AND PTM - 2
(Brian R. Foy, Jr.; CR06-229 RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**