JUDGE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-229 RSM |
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| BRIAN R. FOY, JR., | |
| Defendant. | |

THE COURT, having considered the stipulated motion, the records and files herein, hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation, and that these factors outweigh the best interests of the public in a more speedy trial within the meaning of 18 U.S.C. § 3161(h)(8)(A).

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL AND PTM - 1
(Brian R. Foy, Jr.; CR06-229 RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

IT IS THEREFORE ORDERED that the trial date in this matter is continued to February 12, 2007, and the deadline in which to file pretrial motions is continued to January 11, 2007.

IT IS FURTHER ORDERED that the period of time from the current trial date of January 8, 2007, up to and including the new trial date of February 12, 2007, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DONE this 3rd day of January, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Paula Semmes Deutsch
Attorney for Brian Foy
WSBA No. 23940
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
Paula_Deutsch@fd.org

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL AND PTM - 2
(Brian R. Foy, Jr.; CR06-229 RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**